UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. McFADZEAN,       ) | 1:05-CV-0056 OWW LJO P |
|                          ) | |
|       Plaintiff,         ) | ORDER GRANTING EXTENSION OF TIME |
|                          ) | |
|    v.                    ) | (DOCUMENT #14) |
|                          ) | |
| HARLEY LAPPIN, et al.,   ) | |
|                          ) | |
|       Defendants.        ) | |
| _____ ) | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  On July 11, 2005, plaintiff filed a motion to extend time to file an amended complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.


IT IS SO ORDERED.

**Dated:   August 1, 2005**              /s/ Lawrence J. O'Neill
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE