UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. McFADZEAN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>HARLEY LAPPIN, et al.,<br><br>　　　Defendants. | 1:05-CV-00056 OWW LJO P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #20) |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). On June 19, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his amended complaint, in compliance with the court's order of May 18, 2006.

IT IS SO ORDERED.

**Dated:   July 6, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE