UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. McFADZEAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARLEY G. LAPPIN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00056-LJO-NEW (DLB) PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. 22) |

　　　Plaintiff Mark A. McFadzean ("plaintiff") is a former federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. The court has screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2), and finds that it states cognizable claims for relief under <u>Bivens</u> against defendants Schultz, Gant, Booth, and Moorhead for depriving plaintiff of his protected liberty interest in remaining free from segregation, in violation of the Fourth Amendment and the Due Process Clause of the Fifth Amendments, and against defendants Willis, Shojari, Sielicki, and Mettry for acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a). Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　Service is appropriate for the following defendants:

　　　　　　　C/O PAUL SCHULTZ

      C/O CATHRYN GANT

      C/O ALAN BOOTH

      C/O JOSEPH MOORHEAD

      C/O RICARDO WILLIS

      C/O MASOUD SHOJARI

      C/O STANISLAW SIELICKI

      C/O L. METTRY

2. The Clerk of the Court shall send plaintiff eight (8) USM-285 forms, eight (8) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the second amended complaint filed August 14, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

 a. Completed summons;

 b. One completed USM-285 form for each defendant listed above; and

 c. Nine (9) copies of the endorsed second amended complaint filed August 14, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **March 27, 2007**       /s/ **Dennis L. Beck**
3b142a             UNITED STATES MAGISTRATE JUDGE