1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   MARK A. McFADZEAN,                          1:05-cv-00056-LJO-NEW(DLB) PC

12              Plaintiff,

                                                 ORDER GRANTING DEFENDANT GANT'S
13   vs.                                         MOTION FOR AN EXTENSION OF TIME
                                                 TO FILE AN ANSWER
14   HARLEY LAPPIN, et al.,
                                                 (DOCUMENT #34)
15              Defendants.
     _____/

16

17        On August 17, 2007, defendant Catheryn Gant filed a motion to extend time to September

18   14, 2007, to file an answer to plaintiff's complaint.  Good cause having been presented to the

19   court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

20        Defendant Gant's answer is due on or before September 14, 2007.

21

22        IT IS SO ORDERED.

23   **Dated:   August 29, 2007**              _____/s/ **Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28