# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. McFADZEAN,<br><br>              Plaintiff,<br><br>     v.<br><br>HARLEY G. LAPPIN, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:05-cv-00056-LJO-NEW (DLB) PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR MOTION RESPONSIVE TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>(Doc. 39)<br><br>RESPONSE DUE IN THIRTY DAYS |

     Plaintiff Mark A. McFadzean ("plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On September 12, 2007, defendants Schultz, Gant, Booth, Willis, Shojari, and Sielicki filed a motion seeking an extension of time to file an answer or a motion responsive to plaintiff's second amended complaint.

     Defendants' motion is HEREBY GRANTED, and defendants shall file an answer or a motion responsive to plaintiff's second amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   October 5, 2007              /s/ Dennis L. Beck
                                                           UNITED STATES MAGISTRATE JUDGE