UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. MCFADZEAN,<br><br>　　　　　　Plaintiff,<br>　vs.<br>HARLEY LAPPIN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | 1:05-cv-00056 LJO-GSA (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AN ANSWER TO THE DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>(DOCUMENT #53)<br><br>(30) THIRTY DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 13, 2007, plaintiff filed a motion to extend time to file an answer to the Defendant's answer to Plaintiff second amended complaint . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty days from the date of service of this order in which to file an answer to the Defendant's answer to Plaintiff's second amended complaint .

IT IS SO ORDERED.

**Dated: January 11, 2008**　　　　　　　　　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE