# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. McFADZEAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HARLEY G. LAPPIN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00056-LJO-GSA PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT MOORHEAD |

A discovery and scheduling order was issued in this action on November 28, 2007. Defendant Moorhead filed an answer on January 22, 2008, along with a motion to dismiss. Application of the discovery and scheduling order is HEREBY EXTENDED to defendant Moorhead.

IT IS SO ORDERED.

Dated:   **February 28, 2008**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE