# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. McFADZEAN,<br><br>        Plaintiff,<br><br>   v.<br><br>HARLEY G. LAPPIN, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:05-cv-00056-LJO-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 76)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CLAIM ARISING FROM PLACEMENT IN SEGREGATION FOR FAILURE TO EXHAUST, AND DISMISSING DEFENDANTS SCHULTZ, GANT, BOOTH, AND MOORHEAD FROM ACTION (Doc. 66) |

       Plaintiff Mark A. McFadzean ("Plaintiff") is a former federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On April 29, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  Plaintiff filed an Objection on May 27, 2008, and Defendants filed a Response to Objection on June 6, 2008.  Local Rule 72-304.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  The exhaustion

1

requirement is not be satisfied "by filing an untimely or otherwise procedurally defective . . . appeal." Woodford v. Ngo, 126 S.Ct. 2378, 2382 (2006). "Proper exhaustion demands compliance with an agency's deadlines and other critical procedural rules . . . ." Id. at 2386. Plaintiff has not submitted any evidence demonstrating proper exhaustion of his claim.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 29, 2008, is adopted in full;
2. Defendants Schultz, Gant, Booth, and Moorhead's motion to dismiss the claim against them, filed January 22, 2008, is GRANTED; and
3. Plaintiff's claim arising out of his confinement in segregation is dismissed, without prejudice, for failure to exhaust, and Defendants Schultz, Gant, Booth, and Moorhead are dismissed from this action.

IT IS SO ORDERED.

**Dated:   June 9, 2008**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE